**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware ▾

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| **1. Debtor's name** | SPI ENERGY CO., LTD. |

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __

☐ Other 299333_____ . Describe identifier  Cayman Island Reg. No.___ .

For individual debtors:

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____

☐ Other_____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Graham Robinson and James Parkinson

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Grand Court Cayman Islands, Financial Services Div., Cause FSD 0009 of 2024

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor   **SPI ENERGY CO., LTD.**
Name

Case number *(if known)*_____

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

Country where the debtor has the center of its main interests:

Cayman Islands

Debtor's registered office:

c/o 373 Ltd., 802 West Bay Road
Number        Street

PO Box 31503
P.O. Box

Grand Cayman
City            State/Province/Region      ZIP/Postal Code

KY1-1207 Cayman Islands
Country

Individual debtor's habitual residence:

Number        Street

P.O. Box

City            State/Province/Region      ZIP/Postal Code

Country

Address of foreign representative(s):

c/o Crowe Cayman Ltd. 94 Solaris Ave
Number        Street

PO Box 30851
P.O. Box

Camana Bay
City            State/Province/Region      ZIP/Postal Code

KY1-1204 Cayman Islands
Country

---

**10. Debtor's website (URL)**

---

**11. Type of debtor**

*Check one:*

☑ Non-individual *(check one)*:

   ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ❑ Partnership

   ❑ Other. Specify: _____

❑ Individual

---

Debtor    SPI ENERGY CO., LTD.
          Name                                    Case number (if known)_____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____    Graham Robinson
Signature of foreign representative      Printed name

Executed on    04/17/2026
               MM / DD / YYYY

X _____    _____
Signature of foreign representative      Printed name

Executed on _____
               MM / DD / YYYY

**14. Signature of attorney**

X _____    Date    04/17/2026
Signature of Attorney for foreign representative    MM / DD / YYYY

Zhao Liu
Printed name

The Rosner Law Group LLC
Firm name

824 North Market Street, Suite 810
Number        Street

Wilmington                              DE        19801
City                                    State      ZIP Code

(302)-777-1111                          liu@teamrosner.com
Contact phone                           Email address

6436                                    DE
Bar number                              State