# Exhibit A

Digitally signed by Advance Performance Exponents Inc.
Date: 2025.07.23 14:44:21 -05:00
Reason: Apex Certified
Location: Apex

**FSD2024-0009**                    **Page 1 of 3**                    **2025-07-23**



**CAUSE NO: FSD 0009 OF 2024 (JAJ)**

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

**IN THE MATTER OF SECTIONS 94 AND 178 OF THE COMPANIES ACT (AS AMENDED AND REVISED)**
**AND IN THE MATTER OF SPI ENERGY CO., LTD.**

**BEFORE THE HONOURABLE JUSTICE JALIL ASIF KC**
**IN CHAMBERS**

**22 JULY 2025**



**ORDER**

**UPON** the amended petition filed on 2 July 2025 by Streeterville Capital, LLC for orders that SPI Energy Co., Ltd. be restored to the Register and wound up

**AND UPON** reading the First Affidavit of James Parkinson and exhibit JP-1 sworn on 5 January 2024; the First Affidavit of Graham Robinson and exhibit GR-1 sworn on 5 January 2024; the Second Affidavit of Kirstin Micucci and exhibit KM-2 sworn on 7 January 2024; the First Affidavit of John Fife and exhibit JF-1 sworn on 11 January 2024; the First Affidavit of Shanna Solorzano sworn on 19 January 2024; the First Affidavit of Tanya Meyerhoff and exhibit TM-1 sworn on 13 February 2024; the Second Affidavit of Tanya Meyerhoff and exhibit TM-2 sworn 23 February 2024; the Second Affidavit of James Parkinson and exhibit JP-2 sworn on 10 June 20256; the Second Affidavit of Graham Robinson and exhibit GR-2 sworn on 10 June 2025; the Second Affidavit of John Fife and exhibit JF-2 sworn on 11 June 2025; the Third Affidavit of Kirstin Micucci and exhibit KM-3 sworn on 20 June 2025; the Fourth Affidavit of Tanya Meyerhoff and exhibit TM-4 sworn on 25 June 2025; the Second Affidavit of Shanna Solorzano and exhibit SS-2 sworn 3 July 2025; and the Third Affidavit of John Fife and exhibit JF-3 sworn 16 July 2025

**AND UPON** reading skeleton arguments filed on behalf of the Petitioner dated the 25 June 2025 and 17 July 2025

**AND UPON** reading the email from Harneys dated 22 July 2025 on behalf of Mr Denton Peng applying for the hearing of the amended petition to be adjourned

This Winding Up Order was filed by Broadhurst LLC, Attorneys for the Petitioner, whose address for service is 54 Edward Street, 4th Floor, Monaco Towers, George Town, Grand Cayman, KY1-1104, Cayman Islands.

**FSD2024-0009**                                        **2025-07-23**

**AND UPON** hearing from Counsel for the Petitioner and there being no attendance on behalf of the Company or Mr Denton Peng

**IT IS HEREBY ORDERED that:**

1. Mr Denton Peng's application for the hearing of the petition to be adjourned is refused.

2. SPI Energy Co., Ltd. shall be restored to the Register of Companies upon payment to the Cayman Islands Registrar of Companies of all necessary reinstatement fees, outstanding annual return fees and penalties.

3. SPI Energy Co., Ltd.'s registered office following its restoration to the Register shall be c/o 373 LTD. (T/A "BOOKERS"), PO Box 31503, Grand Pavilion Commercial Centre, 802 West Bay Road, KY1-1207 Grand Cayman, Cayman Islands.

4. SPI Energy Co., Ltd. shall be wound up by the Court in accordance with the provisions of the Companies Act (as amended and revised).

5. The following persons, both of Crowe Cayman Ltd, 94 Solaris Avenue, Camana Bay, Grand Cayman, PO Box 30851, KY1-1204, Cayman Islands, are appointed as joint official liquidators of SPI Energy Co., Ltd.:

   a) James Parkinson    James.Parkinson@crowe.com

   b) Graham Robinson    Graham.Robinson@crowe.com

6. The joint official liquidators shall publish notice of this Order in the Gazette as soon as reasonably practicable.

7. The joint official liquidators are not required to give security for their appointment.

8. The joint official liquidators may act jointly and severally.

9. The joint official liquidators may carry on SPI Energy Co., Ltd.'s business so far as may be necessary for its beneficial winding up.

10. The joint official liquidators may engage staff (whether or not as employees of SPI Energy Co., Ltd.) to assist them in the performance of their functions.

11. No disposition of SPI Energy Co., Ltd.'s property by or with the authority of the joint official liquidators in carrying out their duties and functions and exercise of their powers under this Order shall be void by reason of section 99 of the Companies Act.

12. Subject to section 109(2) of the Companies Act and the Insolvency Practitioners' Regulations (as amended and revised), the joint official liquidators are authorised to render and pay invoices out of SPI Energy Co., Ltd.'s assets for their own reasonable remuneration and expenses.

13. The joint official liquidators may meet all reasonable disbursements reasonably incurred in connection with the performance of their duties and, for the avoidance of doubt, all such payments shall be made as and when they fall due out of SPI Energy Co., Ltd.'s assets as an expense of the liquidation.

This Winding Up Order was filed by Broadhurst LLC, Attorneys for the Petitioner, whose address for service is 54 Edward Street, 4th Floor, Monaco Towers, George Town, Grand Cayman, KY1-1104, Cayman Islands.

14. The joint official liquidators shall pay the petitioner's reasonable costs arising out of and incidental to the petition from SPI Energy Co., Ltd.'s assets as an expense of the liquidation, such costs to be taxed on the indemnity basis if not agreed by the joint official liquidators.

15. The joint official liquidators have liberty to apply generally.

**Dated 22 July 2025**
Filed   23 July 2025

_____
**THE HONOURABLE JUSTICE JALIL ASIF KC**
**JUDGE OF THE GRAND COURT**

This Winding Up Order was filed by Broadhurst LLC, Attorneys for the Petitioner, whose address for service is 54 Edward Street, 4th Floor, Monaco Towers, George Town, Grand Cayman, KY1-1104, Cayman Islands.