**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| SPI ENERGY CO., LTD., [1] | ) Chapter 15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) Case No. 26-10536 |
| | ) |

**STATEMENT PURSUANT TO BANKRUPTCY RULE 1007(a)(4) OF
(I) CORPORATE OWNERSHIP; (II) ADMINISTRTOR IN FOREIGN
PROCEEDING; AND (III) LITIGATION AND/OR ARBITRATION PARTIES**

In accordance with Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Graham Robinson, in his capacity as one of the joint official liquidators and a duly authorized foreign representative of SPI Energy Co., Ltd. ("SPI Energy" or the "Debtor"), certifies that the following is true and correct:

1.      The following corporate entities own 10% or more of any class of the above-captioned Debtor: *None*.

2.      Names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor:

Graham Robinson
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's Cayman Islands Registration Number, is: SPI Energy Co., Ltd. (in Official Liquidation) (9333). The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Crowe Cayman Ltd., 94 Solaris Avenue, PO Box 30851, Camana Bay, Grand Cayman KY1-1204 Cayman Islands.

On July 22, 2025, the Grand Court of the Cayman Islands, Financial Services Division, Cayman Islands entered the Winding Up Order in accordance with Cayman Islands law and appointed Graham Robinson and James Parkinson as the Joint Official Liquidators of SPI Energy.

3.      All parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the Petition.  *See* **Schedule A** hereto.

4.       All entities against whom provisional relief is being sought under section 1519 of title 11 of the United States Code:  *N/A*

Dated: Grand Cayman, Cayman Islands
     April 17, 2026

Graham Robinson

*Joint Official Liquidator of*
*SPI Energy Co., Ltd.*