## SCHEDULE A

## (SPI Energy Co., Ltd. – Chapter 15 - Parties to Pending Litigation)[1]

*Leach, et al. vs Solar4American Technology, Inc. et al.*

Plaintiffs:    Nkosi Leach
Chi Shing Vincent Au
c/o Wilshire Law Firm
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Attn: John G. Yslas, Esq.

Defendants:   Solarjuice American Inc.
Solar4America Technology, Inc.
Solarjuice Technology Inc.
SPI Solar Inc.
c/o Graham Robinson, Director
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands

*Jihua Kan, et. al., v. Irving Rea, et. al.*

Plaintiffs:    Jihua Kan
Xiaoxia Si
Chungui Xiong
Siqing Qin
Qinliang Wang
Qiyou Li
Bixuan Xie
Haode Tan
Jingjiao Qin
Zhiqiang Tan
Jinming Qin
Weilian Jiang
Pinhui Gu
Chunying Huang
Wenchun Wei
c/o The Vargas Law Firm, LLC
807 Silver Ave., SW
Albuquerque, NM 87102

---

[1] The pending litigation matters are set forth in more detail in Schedule B to the *Petitioners' Motion for (I) Recognition of a Foreign Main Proceeding and (II) Related Relief*.

Attn: Ray M. Vargas, II, Esq.

-and-

Aaron Halegua, PLLC
524 Broadway, 11th Floor
New York, NY 10002
Attn: Aaron Halegua, Esq.

Defendants:    Irving Rea Lin
127 North Alhambra Avenue, Unit G
Monterey Park, CA 91755

Bryan Peng
c/o Hemp Biotechnology, Inc.
24301 Southland Drive 217a
Hayward, CA 94545

Alex Chen
c/o Hemp Biotechnology, Inc.
24301 Southland Drive 217a
Hayward, CA 94545

Guo Yun Liao
c/o Hemp Biotechnology, Inc.
24301 Southland Drive 217a
Hayward, CA 94545

Hemp Biotechnology, Inc.
24301 Southland Drive 217a
Hayward, CA 94545

Dineh Benally
c/o Native American Agricultural Development Company, Inc.
Mesa Farm Road
Shiprock, NM 87420

Native American Agricultural Development Company, Inc.
Mesa Farm Road
Shiprock, NM 87420
Attn: Dineh Benally, President

Native American Agricultural Company
Farm Road and 5th Lane
Shiprock, NM 87420

SPI Solar Inc.
c/o Graham Robinson, Director
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands
CBD and Hemp Group Co., Ltd.
c/o Blake J. Dugger, Esq.
7600 N. 15th Street, Suite 150
Phoenix, AZ 85020

Xiaofeng Peng
c/o Blake J. Dugger, Esq.
7600 N. 15th Street, Suite 150
Phoenix, AZ 85020

Rita Lien
c/o Travel Inn
1510 West Main Street
Farmington, NM 87401

Ramesh Nagin
c/o Travel Inn
1510 West Main Street
Farmington, NM 87401

Hemant C. Patel
c/o Travel Inn
1510 West Main Street
Farmington, NM 87401

Tasvita H. Patel
c/o Travel Inn
1510 West Main Street
Farmington, NM 87401

Tridev Hospitality Group, LLC
1510 West Main Street
Farmington, NM 87401

Pramukh LLC
1510 West Main Street
Farmington, NM 87401

3

Youglei Zhang
Damu Lin
One World Ventures, Inc.
Aqueous International Corporation
c/o Robert D. Frizell, Esq.
Frizell Law Firm PLLC
400 N Stephanie St Ste 265
Henderson, NV 89014-6800

Ram Nagin
Sita Nagin
Staywell LLC
c/o Christopher R. Reed, Esq.
Allen Shepherd & Lewis, P.A.
4801 Lang Avenue, Suite 200NE
Albuquerque, NM 87109

*Wood & Sons, In. v. Knight Holding Corporation, et al.*

Plaintiff:     Woods and Sons, Inc.
               c/o Dessaules Law Group
               7243 N. 16th Street
               Phoenix, AZ 85020
               Attn: Jonathan Dessaules, Esq.

Defendants:    Knight Holding Corporation
               Knight AG Sourcing, LLC
               AG Holding Co., Inc.
               SPI Investment Holdings Limited
               Xiaofeng Peng
               c/o Fennemore Craig, P.C.
               2394 E. Camelback Road, Suite 600
               Phoenix, AZ 85016
               Attn: Timothy J. Berg, Esq.
                     Emily Ward, Esq.
                      -and-

               Blake J. Dugger, Esq.
               7600 N. 15th Street, Suite 150
               Phoenix, AZ 85020

*Agile Capital Funding LLC, vs. Solar4America Technology Inc. d/b/a Solar4America et al.*

Plaintiff:     Agile Capital Funding
               c/o Joseph Obermeister, Esq.
               555 Willow Avenue

Cedarhurst, NY 11516

Defendants:   Phoenix Motor Inc.
c/o Paykin Law
Lorenzo Rovini, Esq.
99 Tulip Avenue, Suite 408
Floral Park, NY 11001

Xiofeng Peng
c/o Paykin Law
Lorenzo Rovini, Esq.
99 Tulip Avenue, Suite 408
Floral Park, NY 11001

Solar4America Technology Inc.
c/o Graham Robinson, Director
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands

*Rexel USA, Inc. v Solar4American Technology, Inc.  et al.*

Plaintiff:   Rexel USA, Inc.
c/o Pascuzzi, Pascuzzi & Stoker, P.C.
2377 West Shaw Avenue, Suite 101
Fresno, CA 93711
Attn: Steven R. Stoker, Esq.

Defendants:   Solar4America Technology Inc.
Solarjuice American, Inc.
c/o Graham Robinson, Director
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands

*CMM Service Inc v SPI Group Holding Co., Ltd., et al.*

Plaintiff:   CMM Services, Inc.
c/o Hylands (SF) Law Firm, P.C.
851 Burlway Road, Suite 166
Burlingame, CA 94010
Attn: Andrew H. Dai, Esq.

Defendants:    Xiaofeng "Denton" Peng
3525 Alameda De Las Pulgas
Menlo Park, CA 94025-6544

Hoong Kheong Cheong
532 BT Batok ST 51
#04-152
Singapore 650532

*Avtech Capital LLC v. Solar 4 America Technology et al.*

Plaintiff:    Avtech Capital LLC
c/o Sheppard, Mullin, Richter & Hampton LLP
350 S. Grand Ave., 40th Floor
Los Angeles, CA 90071
Attn: Theodore A. Cohen, Esq.

Defendants:    Solar4America Technology, Inc.
c/o Graham Robinson, Director
Crowe Cayman Ltd.
94 Solaris Avenue
PO Box 30851
Camana Bay
Grand Cayman KY1-1204 Cayman Islands