## SCHEDULE A

**(SPI Group Companies Corporate Organizational Chart)**

4931-8932-5218, v. 1

SPI Energy Co., Ltd.
[Cayman]

**SPI Solar , Inc.**
[Delaware]
100%

SPI Investments Holding Limited
[BVI]
100%

SP Orange Power (HK) Limited
[Hong Kong]

SPI Group Holding Co. Ltd.
[Hong Kong]

**Solar Power UK Services Ltd.**
[UK]

**MA Lovers Lane Solar LLC**
[Massachusetts]
100%

**Renewable Energy Acquisition Corp.**
[Delware]
100%

SPI Orange Co., Ltd.
[Cayman]
100%
*struck-off 31/10/2023*

CBD and Hemp Group Co., Ltd
[Delaware]

Jollyfarming Inc.
*[Delaware]

Knight AG Holding Co. Ltd
[Cayman]
100%

**SolarJuice Co., Ltd.**
[Cayman]
100%

**Orange Power Co., Ltd.**
[Cayman]
*Struck 30/04/2024*

SolarJuice (HK) Limited
[Hong Kong]

SPI Solar Japan G.K
[Japan]

**Emotion Energy Solar One Ltd.**
[UK]

**Cairnhill Solarfield Ltd.**
[UK]

SPI Oregon I, LLC
[Delaware]

**Shorewood Solar LLC**
[Delaware]

Solar Mining Inc.
[Delaware]
100%
*F.K.A Solarjuice USA Inc.*

Knight Holding Corporation
[Delaware]
Inactive

**Solarjuice American Inc.**
[Delaware]
100%

Solar Juice Holding Pte. Ltd.
[Singapore]

**SP Orange Power Cyprus Limited**
[Cyprus]

Orange Power USA Inc
[Delaware]

Nishiura PV Station G.K
[Japan]

**Italsolar S.r.l**
[Italy]

**SPI Renewables Italy S.r.l**
[Italy]

**SEM WaferTech Inc.**
[Delware]

Solar Hub Utilities, LLC
[Hawaii]

1215542 B.C. Ltd.
[Canada]

Knight AG Sourcing Inc
[California]
FTB Suspended

**Solar4America Franchising Inc.**
[Delaware]
100%

Solar Juice (SG) Pte . Ltd.
[Singapore]

**Heliohrisi SA**
[Greece]

OP OpCo I, LLC
[Delaware]

Yaita PV Station G.K
[Japan]

**EdisonFuture Inc.**
[Delaware]

Knight AG Sourcing LLC
[Arizona]

**Roofs4America Inc.**
[Delaware]
100%

Solar Juice (MY) SDN. BHD
[Malaysia]

**Heliostixio SA**
[Greece]

OP Solar I, LLC
[Delaware]

Eifuku Nogen Co., Ltd
[Japan]

**RideZoomers Inc.**
[Delaware]

Calwaii Power Holding, LLC
[Delaware]

Arizona Hay Press LLC
[Arizona]

**Solarjuice Distributions Inc.**
[Delaware]
100%

**SPI Sun SA**
[Greece]

OPP I, LLC
[Delaware]

**Sinsin Renewable Investment Ltd. (Malta)**
[Malta]

Maui 17-1 LLC
[Hawaii]

Oahu 101-1 LLC
[Hawaii]

**Solar4America Inc.**
[Delaware]
100%

**SPI Solar Inc**

**Photovoltaica Parka Veroia 1 Malta Ltd.**
[Malta]

**Veltimo Ltd. (Cyprus)**
[Cyprus]

**Jasper PV Makedonia SA**
[Greece]

Hawaii FIT Twelve LLC
[Hawaii]

Kona 50-18 LLC
[Hawaii]

**Solar4America Technology Inc.**
[Delaware]
100%
*F.K.A. Solarjuice Technology Inc.*

**SPI Hellas SA**
[Greece]

**Photovoltaica Parka Veroia 1 AE**
[Greece]

**Orion Energy SA**
[Greece]

Kona 50-19 LLC
[Hawaii]

Kona 50-20 LLC
[Hawaii]

**Astraois Energy SA**
[Greece]

Kona 50-21 LLC
[Hawaii]

Kona 50-22 LLC
[Hawaii]

**Solar4America Tech Sumter LLC**
[Delaware]
100%

Kona 50-23 LLC
[Hawaii]

Kona 50-24 LLC
[Hawaii]

Kona 50-25 LLC
[Hawaii]

Kona 50-26 LLC
[Hawaii]

Kona 50-27 LLC
[Hawaii]

Kona 50-28 LLC
[Hawaii]

Kona 50-29 LLC
[Hawaii]

Kona 50-30 LLC
[Hawaii]

Kona 50-31 LLC
[Hawaii]

Kona 50-33 LLC
[Hawaii]

Kona 50-34 LLC
[Hawaii]

Kona 50-35 LLC
[Hawaii]

South Point FIT LLC
[Hawaii]

**SPI Energy Group Structure**
**JOLs Version**
**As of 5 January 2026**