## SCHEDULE B

## (Pending Litigation Matters against SPI Energy)

| Case Name | Case Number and Location | Nature of Claims; Status of Case |
|---|---|---|
| Leach, et al. vs. Solar4American Technology, Inc. et al. | Superior Court of California County of Sacramento, Case No. 23CV011504 | Labor and employment claims filed by former employees of indirect subsidiary Solar4American Technology, Inc. incl. wrongful termination; claims disputed. |
| Jihua Kan, et. al., vs. Irving Rea, et. al. | State of New Mexico County of Santa Fe First Judicial District Court, Case No. D-101-CV-202302377 | Claims asserted for violations of New Mexico statutory provisions for human trafficking and wage and hour rules, New Mexico RICO statute, unjust enrichment, etc.; issued joined; claims disputed; default entered against SPI Energy for failure to adequately respond to discovery demands.[4] |

[4]The facts and details of this matter are under investigation by the Petitioners, who only became aware of this matter after the Winding Up Order was entered.  The complaint alleges, *inter alia*, that CBD And Hemp Group Co. Ltd. ("CBD Group"), a newly formed indirect SPE subsidiary of SPI Energy, entered into a Management Services Agreement ("MSA"), dated July 24, 2019, with defendants Native American Agricultural Company and Hemp Biotechnology Inc. to cultivate hemp on property owned by the Navajo Nation, and to obtain licenses from the Navajo Nation to engage in lab testing, cultivation, wholesale distribution and retail sales of hemp or CBD.  The complaint alleges, *inter alia*, that SPI Energy "made a public announcement that (i) it had obtained licenses from the Navajo Nation to engage in lab testing, cultivation, processing, wholesale distribution, and retail sales of hemp, and (ii) that it had recently signed a lease for a manufacturing facility for its hemp and CBD business in Orange Grove, California for the production that was expected to begin in November 2019."  The complaint alleges that the management of the operations under the MSA was controlled by or under the responsibility of Hemp Biotechnology Inc., but that CDB Group, and through it SPI Energy, agreed to and did provide funding for the operations and had oversight obligations or rights over the operations.  The complaint alleges that the Debtor, through its indirect subsidiary CBD Group and its CEO Xiaofeng Peng, or as alter egos of same, along with the other named defendants, "conspired to illegally grow and process cannabis."  The complaint alleges that the parties to the MSA "knew that growing hemp on the Navajo Nation without approval of the Navajo Nation and USDA was illegal, and also know that growing marijuana on the Navajo Nation was illegal." Upon information and belief, SPI Energy denied all allegations asserted in the complaint including knowledge of any illegal activities or actions by any of the defendants including Hemp Biotechnology Inc. as the management company.  Based upon the Petitioners investigation to date, CBD Group has not been actively operating since at least 2021, and there is no evidence identified to the Petitioners of any ongoing operations, assets, liabilities or financing arrangements, and no formal corporate status at this point in time. The Petitioners have retained counsel in New Mexico to address the default, including attempting to obtain the Debtor's legal file from prior counsel, who, to date, has refused to turn over the files to the Petitioners or counsel. This investigation remains ongoing and continuing.

| Case Name | Case Number and Location | Nature of Claims; Status of Case |
|---|---|---|
| Wood & Sons, Inc. vs. Knight Holding Corporation, et al. | Arizona Court of Appeals, Division Two; appeal of action before Maricopa County, Supreme Court Arizona, Case No. CV2021-050974 | Fraudulent transfer claims; summary judgment entered against, *inter alia*, SPI Energy; on appeal. |
| Agile Capital Funding LLC, vs. Solar4America Technology Inc. d/b/a Solar4America et al. | New York State Supreme Court, County of New York, Index No. 654061/2025 | Breach of contract claim against SPI Energy; issue not yet joined; claims disputed. |
| Rexel USA, Inc. vs. Solar4American Technology, Inc. et al. | Superior Court of California, County of Sacramento, Case No. 25CV012691 | Breach of contract against indirect subsidiary Solar4American Technology, Inc., claims for alter ego against SPI Energy; issued joined; claims disputed. |
| CMM Service Inc vs. SPI Group Holding Co., Ltd., et al. | Superior Court of California, County of Alameda, Case No. 25CV118114 | Breach of contract; Order to Show Cause entered by Court for dismissal of action for Plaintiff's failure to serve defendants. |
| Avtech Capital LLC vs. Solar 4 America Technology, Inc., et al. | United States District Court District of Utah, Case No. 2:24-cv-00599-CMR | Breach of contract against SPI Energy related to a guaranty of performance; writ of replevin issued. |
| U.S. Department of Justice, Civil Investigation Demand | No. 2025-EDCA-0001 | Investigation of possible violations of False Claims Act, 31 U.S.C. §§ 3729-3733, and Economic Security Act, 31 U.S.C. § 3729, related to Paycheck Protection Program loan applications during COVID. |