**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| SPI Energy Co., Ltd., | Case No. 26-10536 (MFW) |
| Debtor in a foreign proceeding.[1] | **Re: D.I. 7** |

**ORDER SCHEDULING HEARING AND SPECIFYING FORM AND MANNER OF
SERVICE OF NOTICE PURSUANT TO SECTIONS 1515 AND 105(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9007**

Upon the motion, dated April 17, 2026 (the "Scheduling and Notice Motion")[2] of Graham Robinson and James Parkinson (collectively, the "Petitioners"), in their capacity as Joint Official Liquidators of SPI Energy Co., Ltd. (In Official Liquidation) ("SPI Energy" or the "Debtor"), in an insolvency proceeding pending before the Grand Court of Cayman Islands, Financial Services Division (the "Cayman Court") in the Cayman Islands (the "Cayman Proceeding"), for entry of an order (the "Order") pursuant to sections 1515 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), scheduling a hearing and specifying the form and manner of service of notice on the *Petitioners' Motion for (I) Recognition of Foreign Main Proceeding and (II) Related Relief* (the "Motion"), all as more fully described in the Scheduling and Notice Motion; and this Court having jurisdiction to consider the Scheduling and Notice Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Scheduling and

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's Cayman Islands Registration Number, is: SPI Energy Co., Ltd. (in Official Liquidation) (9333). The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Crowe Cayman Ltd., 94 Solaris Avenue, PO Box 30851, Camana Bay, Grand Cayman KY1-1204 Cayman Islands.

1

Notice Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and the Petitioners having consented to the Court's authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Scheduling and Notice Motion having been provided to the Office of the United States Trustee; and the Office of the United States Trustee having reviewed the Scheduling and Notice Motion, the Proposed Order and the proposed Hearing Notice, having provided comments thereto which have been incorporated therein, and having consented to the relief requested in this Scheduling and Notice Motion; and it appearing that no other or further notice need be provided; and upon the Petitioners' Declaration and Cayman Declaration, and the Motion, filed contemporaneously with the Scheduling and Notice Motion, and all of the proceedings had before the Court; and it appearing that the relief requested by the Scheduling and Notice Motion is in the best interest of the Debtor, its estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Scheduling and Notice Motion is granted as set forth herein.

2. The Hearing Notice, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.

3. Service of the Hearing Notice in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.

4. Prior to mailing the Hearing Notice by United States mail, first-class postage-prepaid, or by electronic mail if email addresses are known to the Petitioners, the Petitioners may fill in any missing dates and other information, correct any typographical errors, conform the

2

provisions thereof to the provision of this Order and make such other and further non-material, non-substantive changes as the Petitioners deem necessary or appropriate.

5.      All notice requirements specified in section 1514(c)(1) and (2) of the Bankruptcy Code are hereby waived or otherwise deemed inapplicable to this case.

6.      A hearing to consider the relief requested in the Motion is scheduled for **May 27, 2026 at 11:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel shall be heard, in Courtroom No. 4, of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

7.      The Petitioners shall serve, or cause to be served, copies of the Hearing Notice and all exhibits thereto, which includes the Motion (including the proposed Order), the Petitioners' Declaration, and the Cayman Declaration, by United States mail, first-class postage-prepaid, and by electronic mail if the email addresses are known by the Petitioners, on the Notice Parties within five (5) business days after entry of this Order.

8.      The Petitioners shall serve, or cause to be served, the Hearing Notice and any subsequent notices upon any party that files a notice of appearance in this chapter 15 case, within five (5) business days of the filing of such notice of appearance, or as soon thereafter as practicable, if such documents have not already been served on such party (or its counsel).

9.      The Petitioners shall serve, or cause to be served, all pleadings filed by the Petitioners in this chapter 15 case on the Notice Parties, including any party requesting to be added thereto, by United States mail, first-class postage-prepaid, and by electronic mail if the email addresses are known by the Petitioners.

10.     Responses or objections to the Petition and the granting of the Motion and the relief requested therein must be made pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the

4918-3947-9970, v. 2

Local Rules in writing and setting forth the basis therefore. Such responses must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and served upon counsel for the Petitioners so as to be **actually received no later than** <u>**May 15, 2026 at 4:00 p.m. (prevailing Eastern Time)**</u>. Notices to counsel for the Petitioners should be addressed to (i) The Rosner Law Group LLC, 824 North Market Street, Suite 810, Wilmington, Delaware 19801, Attn: Frederick B. Rosner, Esq and Zhao (Ruby) Liu, Esq., and (ii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: John E. Jureller, Jr., Brendan M. Scott, and Lauren C. Kiss.

11.     Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     The Petitioners are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

13.     This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: April 20th, 2026**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

4

4918-3947-9970, v. 2