**Exhibit 1**

**Notice of Recognition Hearing**

4918-3947-9970, v. 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| SPI Energy Co., Ltd., | Case No. 26-10536 (MFW) |
| Debtor in a foreign proceeding.[1] | |

**RULE 2002 NOTICE OF (I) CHAPTER 15 PETITION AND (II) MOTION OF THE PETITIONERS FOR ENTRY OF ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 17, 2026, Graham Robinson and James Parkinson (collectively, the "Petitioners"), in their capacity as Joint Official Liquidators of SPI Energy Co., Ltd. (In Official Liquidation) ("SPI Energy" or the "Debtor"), in an insolvency proceeding pending before the Grand Court of Cayman Islands, Financial Services Division (the "Cayman Court") in the Cayman Islands (the "Cayman Proceeding"), filed a verified petition for relief (the "Petition") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and the *Petitioners' Motion for (I) Recognition of Foreign Main Proceeding and (II) Related Relief* (the "Motion"), seeking recognition of the Cayman Proceeding as a foreign main proceeding pursuant to section 1515 of the Bankruptcy Code and other related relief, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Parties can obtain a copy of all documents filed electronically with the Court in this case, and find important dates and deadlines free of charge by visiting the Court's website https://www.deb.uscourts.gov. Copies of the Motion are enclosed herein.

---

[1] The Debtor in this chapter 15 case, along with the last four digits of the Debtor's Cayman Islands Registration Number, is: SPI Energy Co., Ltd. (in Official Liquidation) (9333). The location of the Debtor's service address for the purpose of this chapter 15 case is c/o Crowe Cayman Ltd., 94 Solaris Avenue, PO Box 30851, Camana Bay, Grand Cayman KY1-1204 Cayman Islands.

4918-3947-9970, v. 2

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Bankruptcy Court will communicate directly with, or to request information or assistance and cooperation directly from, the Cayman Court and the Petitioners pursuant to section 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that among other things, the Petition seeks the entry of an order granting recognition of the Cayman Proceeding.

**PLEASE TAKE FURTHER NOTICE** that, responses or objections to the Petition or the granting of the Motion and the relief requested therein must be made pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules in writing and setting forth the basis therefore. Such responses must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and served upon counsel for the Petitioners so as to be **actually received no later than <u>May 15, 2026 at 4:00 p.m. (prevailing Eastern Time)</u>**.  Notices to counsel for the Petitioners should be addressed to (i) The Rosner Law Group LLC, Attn: Frederick B. Rosner, Esq. and Zhao (Ruby) Liu, Esq., 824 North Market Street, Suite 810, Wilmington, Delaware 19801;  and (ii) Klestadt Winters Jureller Southard & Stevens, LLP, Attn:  John E. Jureller, Jr., Esq., Brendan M. Scott, Esq., and Lauren C. Kiss, Esq., 200 West 41st Street, 17th Floor, New York, New York 10036.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion (the "<u>Recognition Hearing</u>") is scheduled for **<u>May 27, 2026 at 11:30 a.m. (prevailing Eastern Time)</u>**, or as soon thereafter as counsel shall be heard before Honorable Mary F. Walrath in Courtroom No. 4, 5th Floor, of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed and wishing to object to the Petition or the relief requested by the Petitioners in the Motion must appear at the Recognition Hearing at the time and place set forth herein.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in this case or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that hearings in this matter, including the Recognition Hearing, shall take place at the United States Bankruptcy Court of the District of Delaware, Courtroom No. 4, 5th Floor, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested by the Petitioners without further notice or hearing.

Dated: April 20, 2026

**THE ROSNER LAW GROUP LLC**

By: /s/ *Zhao Liu*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE #6436)
824 North Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 319-6300
rosner@teamrosner.com
liu@teamrosner.com

and

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP**

John E. Jureller, Jr., Esq. (admitted *pro hac vice*)
Brendan M. Scott, Esq. (admitted *pro hac vice*)
Lauren C. Kiss, Esq. (admitted *pro hac vice*)
200 West 41st Street, 17th Floor
New York, NY 10036

Telephone: (212) 972-3000
JJureller@Klestadt.com
BScott@Klestadt.com
LKiss@Klestadt.com

*Attorneys for the Petitioners*

4918-3947-9970, v. 2